**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**ALEXANDER KREMENCHUTSKY,**

                             **Plaintiff,**                  **REPORT AND**
                                                            **RECOMMENDATION**

                     -against-                           **21-CV-2357 (PKC)**

**ARS NATIONAL SERVICES INC.,**

                             **Defendant.**
-----------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

       Since serving the Complaint, which was filed on April 28, 2021, plaintiff has taken no further action to prosecute his claims. By Order dated September 13, 2021, this Court directed plaintiff to show cause, in writing, by September 21, 2021, why the case should not be dismissed for lack of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and for failure to effect timely service pursuant to Rule 4(m). See Order to Show Cause (Sept. 13, 2021), DE #6. Plaintiff has ignored the Court's Order.

       Accordingly, by failing to take any action in this case and failing to respond to this Court's Order, plaintiff has demonstrated his continued disinterest in pursuing his claims. It is therefore the recommendation of this Court that the complaint be dismissed with prejudice for lack of prosecution.

       Any objections to this Report and Recommendation must be filed with the Honorable Pamela K. Chen on or before October 12, 2021. Failure to file objections in a timely manner may waive a right to appeal the District Court order. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a)(1), 72(b)(2); Caidor v. Onondaga Cty., 517 F.3d 601, 604 (2d Cir. 2008).

Plaintiff is directed to promptly serve a copy of this Report and Recommendation on defendant, and to file proof of service.

**SO ORDERED.**

Dated:   Brooklyn, New York
         September 28, 2021

/s/ *Roanne L. Mann*
**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**